UNITED STATES DISTRICT COURT
THE DISTRICT OF MASTACHUSETTS

| | |
|---|---|
| ANNA MARIA CROWE, KATHLEEN O'DAY, JOANNE CLARKE, DIANE BOWEN, and TIA FINLEY on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EXAMWORKS, INC., EXAMWORKS GROUP, INC., MES GROUP, INC. AND CRYSTAL PATMORE, <br><br> Defendants. | United States District Court <br><br> Civil Action No. 1:13-cv-10249DPW |

## DEFENDANTS' MOTION TO DISMISS THE CLAIMS OF OPT-IN PLAINTIFF JEANNE ALBRECHT

NOW COME Defendants ExamWorks, Inc., ExamWorks Group, Inc., MES Group, Inc., and Crystal Patmore (collectively, "Defendants") and hereby move, pursuant to Fed. R. Civ. P. 37(d) to dismiss the claims brought by Opt-In Plaintiff Jeanne Albrecht. In support thereof and as set forth in detail in Defendants' accompanying memorandum of law, Defendants state that Ms. Albrecht has ignored her fundamental discovery obligations including, but not limited to, refusing to appear for her deposition or to produce any documents in violation of the Court's Order dated June 20, 2014. See Docket No. 119.

WHEREFORE, Defendants respectfully request that the Court issue an Order dismissing, with prejudice, all claims brought by Opt-In Plaintiff Jeanne Albrecht.

Dated: September 9, 2014

        Respectfully submitted,

        EXAMWORKS, INC., MES GROUP, INC.,
        EXAMWORKS GROUP, INC., and
        CRYSTAL PATMORE

        By their attorneys,

        */s/ David L. Hansen*
        Mark J. Ventola, Esq. BBO# 549570
        Christopher Cole, Esq. (*pro hac vice*)
        David L. Hansen, Esq. BBO# 670621
        SHEEHAN PHINNEY BASS + GREEN, PA
        255 State Street
        Boston, MA 02109
        (617) 897-5600
        mventola@sheehan.com
        ccole@sheehan.com
        dhansen@sheehan.com

## CERTIFICATE OF SERVICE

I, David L. Hansen, do hereby certify that the foregoing was filed with the Court through the ECF system and electronically served this 9th day of September 2014.

        */s/ David L. Hansen*
        David L. Hansen

## REQUEST FOR ORAL ARGUMENT

Defendants respectfully request that the Court schedule a hearing for oral argument on their Motion.

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 7.1(2) and 37.1

I, David L. Hansen, hereby certify that, as set forth in the Background Section of the accompanying Memorandum of Law, I, have attempted to confer with counsel for the Plaintiffs in an effort to resolve the pending discovery dispute. Mark J. Ventola has also discussed the Motion with Daniel Rice.

*/s/ David L. Hansen*
David L. Hansen